1012

[No. 54667-8-I.   Division One.   October 31, 2005.]

JOSEPH LUNA ET AL., *Respondents*, v. HOUSEHOLD FINANCE
CORPORATION, III, ET AL., *Appellants.*

The Court of Appeals *withdrew* the unpublished opinion
in this cause and *dismissed* the appeal by order dated
February 6, 2006.

[No. 54906-5-I.   Division One.   October 31, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LARNEL W. LOFTON,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 03-1-09842-2, Douglass A. North, J., entered
July 30, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55026-8-I.   Division One.   October 31, 2005.]

HENRY GRAY, *Individually and as Personal Representative*,
ET AL., *Appellants*, v. FORD MOTOR COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-20088-3, Mary Roberts, J., entered
September 10, 2004. Judgment *affirmed* and cost award
*reversed* by unpublished opinion per Baker, J., concurred in
by Agid, J.; Kennedy, J., indicated her concurrence prior to
her death on September 16, 2005.

[No. 55151-5-I.   Division One.   October 31, 2005.]

DAVID M. SIMMONDS, *Appellant*, v. DAVID S. MICHAEL ET AL.,
*Respondents.*

Appeal from judgments of the Superior Court for King
County, No. 02-2-34975-7, Terence Lukens, J., entered May
5 and 19, and August 21, 2003, and July 30, August 20, and
September 30, 2004. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Appelwick, A.C.J., and Grosse, J.